**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 97-1767**

―――――――――

KATHERINE A. HOOVER, M.D.,

Plaintiff - Appellant,

versus

WEST VIRGINIA DEPARTMENT OF HEALTH AND HUMAN
RESOURCES; MARY ANN MCNEIL; AUBURN COOPER;
WEST VIRGINIA BOARD OF MEDICINE; RONALD D.
WALTON; A. PAUL BROOKS, M.D.; U. GRANT YOUNG,

Defendants - Appellees.

―――――――――

Appeal from the United States District Court for the Southern
District of West Virginia, at Charleston.  Dennis Raymond Knapp,
Senior District Judge.  (CA-97-86-2)

―――――――――

Submitted:  October 23, 1997      Decided:  November 13, 1997

―――――――――

Before HAMILTON and WILLIAMS, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Katherine A. Hoover, Appellant Pro Se.  Charles R. Bailey, Belinda
B. Jackson, SHUMAN, ANNAND & POE, Charleston, West Virginia, for
Appellees.

―――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting Defendants' motion to dismiss. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Hoover v. West Virginia Dep't HHR</u>, No. CA-97-86-2 (S.D.W Va. May 9, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2